# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | 9470643 | Anderson | 322 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 10/19/2023 0621
Offense Charged: ☐ CFR ☒ USC ☐ State Code
USC 18 § 1382

Place of Offense: 9100 Amber dr Fort Detrick MD 21702

Offense Description: Factual Basis for Charge
Entering military, Naval, or Coast Guard Property

### DEFENDANT INFORMATION
Last Name: Sambrano-Trejos
First Name: Daniel-Jose

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature

Original - CVB Copy

*9470643*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 19 October 2023 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland

While conducting law enforcement patrols on Fort Detrick Maryland I was dispatched to 9100 Amber drive for person unable to be Identified. Upon arrival I stopped the Individual who was later Identified as Sambrano. Upon further Investigation Sambrano attempted to gain access to the Federal Installation Fort Detrick, Maryland. Sambrano was cited and released on his own recognisens. All actions occurred on Fort Detrick Maryland.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/19/2023

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident